# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In Re:** | **CASE NO. 22-51065-BEM** |
| **ROBERT E. SPRINGER, III, M.D., P.C.,** | **CHAPTER 11 (SUBCHAPTER V)** |
| Debtor. | |

### NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION, (II) OCCURRENCE OF EFFECTIVE DATE, AND (III) CERTAIN DEADLINES

**PLEASE TAKE NOTICE** that on August 25, 2022, the United States Bankruptcy Court for the Northern District of Georgia (the "**Bankruptcy Court**") entered an order [Doc. 89] (the "**Confirmation Order**") confirming the Debtor's Plan of Reorganization dated May 9, 2022 [Doc. 59] (as modified by the Confirmation Order, the "**Plan**"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 case, are publicly available by accessing the Bankruptcy Court's website, www.ganb.uscourts.gov for a nominal charge (a PACER account is required), or by contacting the Debtor's undersigned bankruptcy counsel, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on **September 24, 2022**, the Effective Date of the Plan occurred. All conditions precedent to confirmation of the Plan and occurrence of the Effective Date of the Plan set forth in Sections 12.1 thereof have either been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Initial Distribution Date under the Plan is **September 24, 2022**.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed and served on the Debtor no later than **October 24, 2022**, which is the first Business Day that is at least 30 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to proofs of Claims (not including Administrative Claims or Professional Claims) is **October 24, 2022**, which is the first Business Day that is 30 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the Plan or the Confirmation Order, all requests for payment of Professional Claims incurred prior to the Effective

Date must be filed and served on the Debtor no later than **November 23, 2022**, which is the first Business Day that is at least 60 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 10.1 of the Plan, with certain exceptions specified therein, each executory contract and unexpired lease of the Debtor that was not assumed or rejected previously has now been deemed assumed as of the Effective Date.

Dated: September 26, 2022　　　　　　　　**KECK LEGAL, LLC**

　　　　　　　　　　　　　　　　　　　　<u>*/s/ Benjamin R. Keck*</u>
　　　　　　　　　　　　　　　　　　　　Benjamin R. Keck, Ga. Bar No. 943504
　　　　　　　　　　　　　　　　　　　　2566 Shallowford Road, Suite 104-252
　　　　　　　　　　　　　　　　　　　　Atlanta, GA  30345
　　　　　　　　　　　　　　　　　　　　(678) 641-1720
　　　　　　　　　　　　　　　　　　　　bkeck@kecklegal.com
　　　　　　　　　　　　　　　　　　　　*Counsel for the Debtor*