**IT IS ORDERED as set forth below:**

Date: May 1, 2023

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| In Re: | CASE NO.  22-51065-BEM |
|---|---|
| **ROBERT E. SPRINGER, III, M.D., P.C.,** | **CHAPTER 11** |
| Debtor. | |

**FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE**

Upon the application [Doc. 106] (the "**Application**")[1] of Robert E. Springer, III, M.D., P.C. (the "**Debtor**" or "**Reorganized Debtor**"), for entry of a final decree closing this chapter 11 case pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, all as more fully set forth in the Application; and this Bankruptcy Court having jurisdiction over this matter

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

-1-

pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Bankruptcy Court may enter a final order consistent with Article III of the United States Constitution; and this Bankruptcy Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having found that the relief requested in the Application is in the best interests of the Debtor, its estate and creditors, and other parties in interest; and this Bankruptcy Court having found that the Debtor's notice of the Application and opportunity for a hearing on the Application were appropriate and no other notice need be provided; and this Bankruptcy Court having reviewed the Application; and this Bankruptcy Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Bankruptcy Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor's chapter 11 case is hereby closed; provided, however, that this Court shall retain such jurisdiction over all matters arising out of, or related to, this chapter 11 case and the Plan, and the entry of this Final Decree is without prejudice to the rights of the Reorganized Debtor or any party in interest to seek to reopen this chapter 11 case for good cause shown. For the avoidance of doubt, this Order shall not modify the Reorganized Debtor's remaining obligations under the Plan or any order of the Bankruptcy Court.

3. The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

[END OF ORDER]

**Prepared and Presented by:**

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2566 Shallowford Road, Suite 104-252
Atlanta, Georgia 30345
(678) 641-1720 Telephone
bkeck@kecklegal.com
*Attorney for the Debtor*


**Distribution List**

Keck Legal, LLC
Benjamin R. Keck
2566 Shallowford Road, Suite 104-252
Atlanta, Georgia 30345

Martin Ochs
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Leon S. Jones
JONES & WALDEN, LLC
699 Piedmont Avenue SE
Atlanta, GA 30308

All creditors on mailing matrix